WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney
Naomi.sheffield@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland,
Larry Graham, Ryan Lee, Chris Lindsey,
Jeffrey McDaniel, and Joseph Santos*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEREMY IBARRA, | 3:19-cv-00871-MO |
| PLAINTIFF, | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL |
| CITY OF PORTLAND; LARRY GRAHAM; RYAN LEE; CHRIS LINDSEY; JEFFREY MCDANIEL; JOSEPH SANTOS; CHAD DREW; JACE HALL; JERRAD LITTLE; CORY SWEET; and JOHN DOES 1-25, | |
| DEFENDANTS. | |

Defendants Graham, Lee, Lindsey, McDaniel, and Santos' (Dkt. 37) and Defendants Hall and Little's (Dkt. 51), Motions for Summary Judgment came for hearing on January 7, 2021. Based on Defendants' motions, and their supporting declarations and exhibits, the Court granted the Defendants' Summary Judgment Motions, as explained on the record (*see* Dkt. 79), deciding

Page 1 — STIPULATED GENERAL JUDGMENT OF DISMISSAL

as follows:

1. The Defendants had reasonable suspicion to detain the group of individuals on SW Fourth Avenue between SW Morrison and SW Alder streets on June 4, 2017 for the offense of Disorderly Conduct in the Second Degree, related to the interference with vehicular or pedestrian traffic on a public way , ORS 166.025(1)(d). Moreover, this lawful detention did not become an arrest. As a result, Plaintiff's Fourth Amendment Claim (Claim 1), with respect to any unlawful detention, is dismissed.

2. Plaintiff has withdrawn his excessive force claim under the Fourth Amendment. As a result, Plaintiff's Fourth Amendment Claim (Claim 1), with respect to any excessive force, is dismissed.

3. If the detention had violated Plaintiff's Fourth Amendment Rights, the individual officer and state trooper Defendants are entitled to Qualified Immunity.

4. None of the Defendants arrested Plaintiff on June 4, 2017. In any event, Plaintiff's arrest was supported by probable cause. For each of these reasons, Plaintiff's Fourth Amendment Claim (Claim 1) with respect to Plaintiff's arrest, is dismissed.

5. Plaintiff failed to provide evidence that Defendants' actions on June 4, 2017 were motivated by Plaintiff's protected First Amendment conduct. As a result, Plaintiff's First Amendment Claim against the individual Defendants (Claim 3) is dismissed.

6. Consistent with the Fourth Amendment analysis, because Plaintiff's detention was based on reasonable suspicion and his arrest was based on probable cause, Plaintiff's state law false arrest claim fails. As a result, Plaintiff's false arrest claim (Claim 4, Count 2) is dismissed.

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVE., RM. 430
PORTLAND, OREGON 97204
(503) 823-4047

7. Plaintiff failed to give timely tort claim notice of his state law negligence claim as required by ORS 30.275. As a result, Plaintiff's negligence claim (Claim 4, Count 1) is dismissed.

8. Because Plaintiff suffered no violation of his First or Fourth Amendment rights, and Claims 1 and 3 are dismissed, Plaintiff has no claim for municipal liability against Defendant City of Portland. As a result, Plaintiff's *Monell* claims (Claims 2 and 4), are dismissed.

IT IS SO ORDERED and ADJUDGED,

1. This action is DISMISSED with prejudice.

DATED this 21 day of January, 2021.

HON. MICHAEL W. MOSMAN
United States District Judge

Respectfully submitted,

/s/William W. Manlove
WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
NAOMI SHEFFIELD, OSB #170601
Senior Deputy City Attorney
Naomi.sheffield@portlandoregon.gov
Portland City Attorney's Office
Telephone: (503) 823-4047
*Of Attorneys for Defendants City of Portland, Larry Graham, Ryan Lee, Chris Lindsey, Jeffrey McDaniel, and Joseph Santos*

/s/Juan Chavez
JUAN CHAVEZ, OSB #136428
jchavez@ojrc.info
BRITTNEY PLESSER, OSB #154030
bplesser@oregoninnocence.info
ALEX MEGGITT, OSB #174131
alex.meggitt@gmail.com
Oregon Justice Resource Center
Telephone: (503) 944-2270
*Of Attorneys for Plaintiff*

/ / /

/ / /